1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

**FILED**
Oct 04, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of the Search of: | ORDER TO UN-SEAL SEARCH WARRANTS |

12 | Adilson Jose MONTIERO | 2:20-SW-1042-KJN |

13 | A black 2005 Chevrolet Tahoe, with California License Plate #6EOM023 | 2:20-SW-1043-KJN |

14
15 | 4000 44th Street, Sacramento, California | 2:20-SW-1044-KJN |

16

17                              **ORDER**

18    Upon application of the United States of America and good cause having been shown,

19    IT IS HEREBY ORDERED THAT that the files in the above-captioned matters be unsealed.

20
   Dated:    10/04/22
21                                          _____
                                            The Honorable Kendall J. Newman
22                                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                        1